IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv454

| | |
|---|---|
| WILLIAM FRANK BYRUM and CAROLYN DIANE BYRUM,<br><br>    Plaintiffs,<br><br>vs.<br><br>MET-PRO CORPORATION d/b/a DUALL INDUSTRIES, INC., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  **O R D E R**<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER** is before the Court on the Plaintiffs' Consent Motion for Dismissal. [Doc. 81].[1]

For the reasons stated in the motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Plaintiffs' Consent Motion for Dismissal [Doc. 81] is **ALLOWED**, and the Plaintiffs' claims against the Defendant Met-Pro Corporation d/b/a Duall Industries, Inc., including any and all

---

[1] This case has been identified as an appropriate case for inclusion in the Coordinated Proceeding "In re: Asbestos-Related Litigation, WDCP-83-1." [Doc. 3]. The case has not yet been transferred to the Eastern District of Pennsylvania for inclusion in those coordinated proceedings. As such, this Court has jurisdiction to address the parties' present motion.

named predecessors in interest related to Met-Pro Corporation, are hereby

**DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: August 6, 2010

Martin Reidinger
United States District Judge